UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

FRANCIS G. MITCHELL,

            Petitioner,

- against -

CHRISTOPHER FRATTINI, ET AL.,

           Respondents.
―――――――――――――――――――――――――――――

22-cv-2352 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner's third amended motion to vacate the arbitration award (ECF No. 22) is accepted as filed. The respondents may file a motion to dismiss by June 22, 2022. The petitioner may respond by June 29, 2022. The respondents may reply by July 5, 2022.

    The time for the respondents to answer is stayed pending a decision on the motion to dismiss. Except as provided for in this Order, the parties should not submit any additional motions until there is a decision on the motion to dismiss.

    All the remaining outstanding motions are denied without prejudice as moot. The Clerk is directed to close Docket Nos. 8, 11, 16, 19, 20, and 24.

SO ORDERED.

Dated:    New York, New York
          June 14, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge