UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS G. MITCHELL,

                Petitioner,

    - against -

CHRISTOPHER FRATTINI, et al.,

                Respondents.

22-cv-2352 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **November 15, 2022** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            November 4, 2022

                                            John G. Koeltl
                                  United States District Judge