UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS G. MITCHELL,

                Petitioner,

    - against -

CHRISTOPHER FRATTINI, et al.,

                Respondents.

22-cv-2352 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the parties are directed to submit letters to the Court, briefing the limited issue of the Court's jurisdiction under the New York Convention, by **November 18, 2022**. The parties may email the letters to the Court at KoeltlNYSDChambers@nysd.uscourts.gov, but are reminded that any such letters must also be filed on ECF.

SO ORDERED.

Dated:    New York, New York
           November 15, 2022

                                      John G. Koeltl
                                United States District Judge