**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCIS G. MITCHELL,

                Petitioner,

  -against-                                    22 CIVIL 2352 (JGK)

                                            **JUDGMENT**

CHRISTOPHER FRATTINI, ET AL.,

                Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 22, 2022, the Court has considered all the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the respondents' motion to dismiss is granted. Therefore, the petition is dismissed without prejudice for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      November 23, 2022

                                                        **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                           **BY:**            K. Mango

                                                           **Deputy Clerk**